UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VON SHEAR ADAMS,

    Plaintiff,

v.                            Case No: 8:06-cv-1743-T-26TGW

STATE OF FLORIDA, et al.,

    Defendant.
_____/

### ORDER

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable Steven D. Merryday, with his knowledge and consent, for all further proceedings.

Adams v. State of Florida et al    Doc. 3

**DONE AND ORDERED** in Tampa, Florida, on September 22, 2006.

                                    s/Richard A. Lazzara
                                  RICHARD A. LAZZARA
                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Hon. Steven D. Merryday
Counsel of Record