UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


VON SHEAR ADAMS,

     Plaintiff,

v.                                  Case No: 8:06-cv-1743-T-26TGW

STATE OF FLORIDA, et al.,

     Defendant.

_____/


### O R D E R

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the

Honorable Steven D. Merryday, with his knowledge and consent, for all further

proceedings.

     **DONE AND ORDERED** in Tampa, Florida, on September 22, 2006.


                     _s/Richard A. Lazzara_
                     **RICHARD A. LAZZARA**
                     **UNITED STATES DISTRICT JUDGE**


**Copies furnished to**:
The Hon. Steven D. Merryday
Counsel of Record